UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BONNIE WHITE,                          )<br>                                                    )<br>    Plaintiff,                              )<br>                                                    )<br>vs.                                             )<br>                                                    )<br>TRINITY SERVICES, INC.;          )<br>KIM PEZONELLA; and               )<br>JULLENIE ANDERSON,             )<br>                                                    )<br>    Defendants.                         )<br>_____) | 3:10-cv-00202-LRH-VPC<br><br><br>ORDER OF DISMISSAL WITHOUT<br>PREJUDICE PURSUANT TO RULE 4(m)<br>FEDERAL RULES OF CIVIL PROCEDURE |

    Plaintiff, BONNIE WHITE, having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to FRCP 4(m),

    IT IS ORDERED, ADJUDGED, AND DECREED that the above-entitled action be, and hereby is dismissed without prejudice as to: Defendants, TRINITY SERVICES INC., KIM PEZONELLA, and JULLENIE ANDERSON.

    DATED this 28th day of June, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE